■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHAWN DUFFY, Appellant, v GARY F. HODGES, as Superintendent of Gowanda Correctional Facility, Respondent. [730 NYS2d 810] —Judgment unanimously affirmed without costs. Memorandum: Petitioner, an inmate at the Gowanda Correctional Facility, commenced this proceeding in 1999 to challenge the validity of an arrest warrant issued by the South Carolina Parole Board in 1992. Supreme Court properly dismissed the petition. "[T]he courts of this State lack jurisdiction to vacate the arrest warrant of another State or to dismiss the underlying charges" (*Matter of McCrary v Scully,* 153 AD2d 629, 630). (Appeal from Judgment of Supreme Court, Erie County, Burns, J.—Habeas Corpus.) Present—Pine, J. P., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

■ In the Matter of MICHAEL R. STEVENS, Appellant, v MICHAEL S. STEVENS, Respondent. [730 NYS2d 751] —Order unanimously reversed on the law without costs, petition reinstated and matter remitted to Jefferson County Family Court for further proceedings in accordance with the following Memorandum: Family Court erred in dismissing the petition seeking a change in custody of the parties' child without conducting a hearing. The allegations in the mother's petition "sufficiently demonstrated evidence of a change of circumstances to warrant a hearing" (*LaBombardi v LaBombardi,* 247 AD2d 590, 591). In any event, the affidavit of respondent father established the need for a hearing on the issue whether his relocation is in the best interests of the child (*see, Matter of Tropea v Tropea,* 87 NY2d 727, 738-739). (Appeal from Order of Jefferson County Family Court, Schwerzmann, J.—Custody.) Present—Pine, J. P., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

■ GEREMIA TRIFILETTI et al., Respondents, v PYRAMID COMPANY OF BUFFALO et al., Appellants. [730 NYS2d 751] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Howe, J. (Appeal from Order of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Kehoe and Gorski, JJ.